**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1393

Bradford Land Company, L.L.C.

- - Versus - -

Montagnet Properties #2, L.L.C.

22nd Judicial District Court
Case #: 201115340
St. Tammany Parish

On Application for Rehearing filed on   12/01/2022 By Montagnet Properties #2, LLC

Rehearing _____ **DENIED** _____

_____
Page McClendon

_____
Jewel E. "Duke" Welch Jr.

_____
Mitchell R. Theriot

Date **JAN 1 0 2023** _____

_____
Rodd Naquin, Clerk